**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Navajo Housing Authority | ) | No.   CV 06-1206-PCT-PGR |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Crownpoint District Court, et al. | ) | |
| Defendants. | ) | |

Pursuant to the Defendants' Motion for Extension of Time to File Reply (Doc. 22), and there being no objection to said extension by Plaintiff and good cause appearing,

IT IS ORDERED that the Defendants' Motion for Extension of Time to File Reply (Doc. 22) is GRANTED.

IT IS FURTHER ORDERED that the Defendants shall have an additional five (5) days in which to file their reply brief to Plaintiff's Responsive Memorandum to the Navajo Nation Motion to Dismiss.

DATED this 27th day of June, 2006.

Paul G. Rosenblatt
United States District Judge