**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Navajo Housing Authority ) | No. | CV 06-1206-PCT-PGR |
| )  | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | **ORDER** | |
| ) | | |
| ) | | |
| ) | | |
| Crownpoint District Court, et al. ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

IT IS HEREBY ORDERED that oral argument is scheduled for Tuesday, January 9, 2007 at 1:30 p.m., in courtroom 601 before the Honorable Paul G. Rosenblatt.  The oral argument pertains to the Plaintiff's Motion for Preliminary Injunction (Doc. 2), and the Defendants' Motion to dismiss (Doc. 8).

DATED this 18th day of December, 2006.

Paul G. Rosenblatt
United States District Judge