**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Navajo Housing Authority,<br><br>  Plaintiff,<br>v.<br><br>Crownpoint District Court, the Honorable Rudy Bedonie, the Judicial Branch of the Navajo Nation, the Navajo Nation Department of Law Enforcement, and Ernest Tso,<br><br>  Defendants. | No. 06-CV-1206-PCT-PGR<br><br>**ORDER** |

The Court has received Plaintiff's "Motion to Dismiss" (Doc. 62) the Complaint with prejudice. Plaintiff states that the dispute among the parties that brought the matter before this Court has been settled. Despite Plaintiff's failure to file a proposed order of dismissal,

IT IS HEREBY ORDERED GRANTING the Motion. This case is hereby DISMISSED with prejudice. Each party to bear its own costs and fees.

DATED this 17th day of August, 2009.

Paul G. Rosenblatt
United States District Judge